# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CASE NO. 3:23-cr-33 |
| v. | ) | |
| | ) | JUDGES VARLAN/POPLIN |
| CHRISTOPHER EDWARD ALLEN | ) | |

TO THE HONORABLE JUDGE OF THE ABOVE COURT:

## PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

_____

Your petitioner, the United States of America by the United States Attorney for the Eastern District of Tennessee, respectfully shows:

I.

That Christopher Edward Allen is now in the custody of the Sheriff at the Blount County Jail, pursuant to State of Tennessee charges.

II.

That there is pending against the defendant Christopher Edward Allen, in this District the above-captioned case, which is set for an Initial Appearance on April 13, 2023, at 10:00 a.m., or for his case to be otherwise disposed of upon said indictment heretofore returned against him, in the United States District Court for the Eastern District of Tennessee, at Knoxville, Tennessee, and each day thereafter until said case is disposed of.

WHEREFORE, petitioner prays that the Clerk of this Court be instructed to issue a writ of habeas corpus ad prosequendum to the Sheriff, of the Blount County Jail, commanding him to produce the said Christopher Edward Allen, before this Court at the time and place aforesaid for the purpose aforesaid, and that if the said Sheriff, of the Blount County Jail, so elects, the United

States Marshal for the Eastern District of Tennessee, or any other duly authorized United States Marshal or Deputy United States Marshal, be ordered and directed to receive said Christopher Edward Allen into his custody and possession at said Blount County Jail, and under safe and secure conduct to have him before the Judge of our District Court at the time and place aforesaid for the purpose aforesaid, and to return him to said Sheriff of the Blount County Jail, as aforesaid.

FRANCIS M. HAMILTON III
UNITED STATES ATTORNEY

By: *s/ Jennifer Kolman*
JENNIFER KOLMAN
Assistant United States Attorney

2