# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# KNOXVILLE – COURTROOM 3B

**Case #:** 3:23-cr-33      **Date:** April 13, 2023

United States of America    **vs.**    Christopher Edward Allen

**Present Before:** Honorable Debra C. Poplin, United States Magistrate Judge

| Rachel Stone | DCR | Shauna McCoullough-Walker |
|---|---|---|
| **Courtroom Deputy** | **Court Reporter** | **Probation Officer** |

| Jennifer Kolman | Nicholas Wallace | |
|---|---|---|
| **Asst. U.S. Atty** | **Atty(s) for Defendant(s)** | **Atty(s) for Defendant(s) (Cont.)** |

**Proceedings:** Parties present for an ☑ Initial Appearance ☑ Arraignment on an Indictment.

- ☑ Defendant sworn.
- ☑ Defendant requested appointment of counsel and submitted financial affidavit.
- ☑ Court approved financial affidavit and appointed counsel.
- ☐ Defendant present with retained counsel.
- ☑ Plea entered:    ☑ Not Guilty    ☐ Guilty
- ☐ Government requested detention of the defendant:
    - ☑ Defendant waived and reserved the right to a detention hearing.
    - ☐ Defendant requested detention hearing.
        - ☐ Detention hearing set.    ☐ Detention hearing held.
- ☐ Parties agreed to conditions on which the defendant could be released.
- ☑ Court set schedule and scheduling order to enter.
- ☐ With the exception of new deadlines set out below, the schedule in this case is governed by the Order Continued Dates and Deadlines, which was previously entered in this case. Scheduling Order provided to counsel.
- ☐ Case under seal as to defendant: ☐ Unsealed upon granting of motion by AUSA ☐ To remain under seal.

**Dates set at this hearing:**
- ☑ **Jury Trial:** June 20, 2023 at 9:00 a.m. (Judge Varlan)
- ☑ **Pretrial Conf.:** June 6, 2023 at 10:30 a.m. (Judge Poplin)
- ☐ **Detention Hrng.:**
- ☐ **Motion Hrng:**
- ☐ **Status Conf:**

**Deadlines set at this hearing:**
- ☑ **Discovery DDL:** April 20
- ☑ **Motion Cut-Off:** May 11
- ☑ **Response DDL:** May 25
- ☑ **Reciprocal Disc.:** May 19
- ☑ **Plea DDL:** May 19

☑ Defendant remanded to custody.    ☐ Defendant released on Order Setting Conditions of Release.

**Time:** 10:00    **to** 10:20

◉ I, Rachel Stone, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file.
Knox-DCR_ 323cr23 _ 20230413 _ 094221