

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Tennessee

FILED
APR 13 2023
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

| | |
|---|---|
| United States of America<br>v.<br><br>CHRISTOPHER EDWARD ALLEN<br>_____<br>*Defendant* | )<br>)<br>) Case No. 3:23cr33<br>)<br>)<br>) |

RECEIVED BY: HW
DATE: 3/16/2023   TIME: 1115
U.S. MARSHAL   E/TN
KNOXVILLE, TN

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* CHRISTOPHER EDWARD ALLEN,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
the defendant did did attempt to knowingly employ, use, persuade, induce, entice, and coerce a minor, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct using materials that have been mailed, shipped and transported in and affecting interstate and foreign commerce by any means including by computer, in violation of Title 18, United States Code, Sections 2251(a) and (e)

Date: 3/16/23

City and state: Knoxville, TN

*Issuing officer's signature*

LEANNA R. WILSON, CLERK
*Printed name and title*

---

### Return

This warrant was received on *(date)* 3/16/2023, and the person was arrested on *(date)* 4/13/2023
at *(city and state)* Knoxville, TN.

Date: 4/13/2023

*Arresting officer's signature*

Joshua Bales  DUSM # 31375
*Printed name and title*

FID: 11532547
23164-03116-06666-J